IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

vs.

PATTERSON FUEL ASSOCIATES, LLC, dba HB FOOD & FUEL,

    Defendant.

No. CIV S-10-1113 JAM EFB

ORDER

    This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on plaintiff's motion for entry of default judgment against defendant Patterson Fuel Associates, LLC dba HB Food & Fuel. On April 27, 2011, a hearing on the motion was held. Plaintiff Scott Johnson, an attorney, appeared at the hearing and represented himself. Linh Huynh appeared pro se on behalf of defendant.

    At the hearing, after the undersigned expressed concerns regarding the adequacy of service of process, plaintiff withdrew the motion for default judgment. Accordingly, plaintiff's motion for default judgment, Dckt. No. 10, is denied. Additionally, at the hearing, plaintiff requested additional time to serve defendant under Federal Rule of Civil Procedure 4(m). The

////

////

1  undersigned found that good cause supported an extension of time for service under Rule 4(m)
2  and therefore granted the request.
3      SO ORDERED.
4  DATED:  April 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2